UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL GOLTER, IV,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant | Civil No. 2:07-cv-1068-RSM-JPD<br><br><br>ORDER FOR REMAND |

　　Based upon the stipulation of the parties, it is hereby ORDERED that the above-captioned case be remanded to the Commissioner of Social Security for further administrative proceedings, further development of the record, a new hearing and a new decision. On remand, the ALJ will: 1) further evaluate all of Plaintiff's impairments, singly and in combination, to determine whether they impose significant limitations on his ability to perform work activity; 2) consider the opinion of Silvia Thorpe, Ph.D., to clarify the nature and severity of Plaintiff's mental impairments; 3) further consider the opinions of Drs. Epp and Kaplan, and if the ALJ elects to reject them provide clear and convincing reasons supported by substantial evidence; 4) in light of the expanded record the ALJ should re-evaluate Plaintiff's credibility pursuant to Social Security Ruling (SSR) 96-7p;

Page 1　　　ORDER - [2:07-cv-1068-RSM-JPD]

5) in light of the expanded record, re-evaluate Plaintiff's residual functional capacity pursuant to SSR 96-8p; and 6) finally, if necessary, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's ability to perform his past relevant work or any other work that exists in significant numbers in the national economy.

Plaintiff may present new arguments and evidence. The ALJ may perform further development and conduct further proceedings as necessary.

This case is reversed and remanded pursuant to sentence four of 43 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses and attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a),(d).

DATED this 21st day of December, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Recommended for Entry this
19th day of December, 2007:

s/ JAMES P. DONOHUE
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-3748
FAX: (206) 615-2531
richard.rodriguez@ssa.gov